RECEIVED
SDNY PRO SE OFFICE

2025 MAR -3 PM 1:43

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Kenneth Woodson
K+M Consulting and Tax + DBAS
Write the full name of each plaintiff.

24 cv 1588
(Include case number if one has been assigned)

-against-

Onlyfans

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**AMENDED**

**COMPLAINT**

Do you want a jury trial?
☐ Yes  ☒ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ Federal Question

☑ Diversity of Citizenship

A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

Employment Discrimination - Contractual Breach but I do have of DBA's which operate in California but as a Corporation I believe we are ok.

B. If you checked Diversity of Citizenship

1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____, is a citizen of the State of
            (Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, ~~Danny~~ Andrea Yuliana De LEON , is a citizen of the State of
(Defendant's name)

California

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If the defendant is a corporation:

The defendant, OnlyFans , is incorporated under the laws of the State of California

and has its principal place of business in the State of California

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in California .

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

Kenneth   H   Woodson
First Name   Middle Initial   Last Name

550 W 125th Street Apt 15C
Street Address

_____   _____   _____
County, City   State   Zip Code

_____   _____
Telephone Number   Email Address (if available)

Page 3

Defendant 4: _____
             First Name           Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City        State        Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: _____

Date(s) of occurrence: _____

FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

The defendant Only Fans has refused to answer a claim for 10 months. I have been a contracted employee of them since 9/15/2021. The relationship was fine until they stop paying me through my corporation K+M Consulting and Tax Inc. and my DBAs K+M consulting, K+M Production and KM Productions. I am submitting my EIN # as proof there is a relationship between them my cooperation and DBA's. I am also submitting an Articles of Incorporation as. I an asking for the court not to ask for actual content due to the possible graphic material to not offend the court

Page 5

that can also be provided, But is currently available on the site under the aforementioned OBAs

### INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

### IV. RELIEF

State briefly what money damages or other relief you want the court to order.

I am seeking all monies owed upwards of 43 Trillion dollars as the have also withheld wages and earnings documents

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| Dated: 3/3/25 | Plaintiff's Signature: Kenth H Woodson |
| First Name: Kenneth | Middle Initial: H | Last Name: WOODSON |
| Street Address: 550 W 125th Street Apt 15C |
| County, City: New York | State: NY | Zip Code: 10027 |
| Telephone Number: 917 254 0979 | Email Address: Dubukenneth@gmail.com |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☑ Yes  ☐ No

> If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7