UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

RECEIVED
SDNY PRO SE OFFICE
2025 MAY 30 PM 1:46

KENNETH WOODSON
K+M Consulting and Tax Services Inc     24 Civ. 1588 ( )
                        Plaintiff,

                                        **ORDER TO SHOW CAUSE**
        - against -                     **FOR PRELIMINARY INJUNCTION**
                                        **AND TEMPORARY RESTRAINING**
ONLYFANS                                **ORDER**
Andrea Yuliana DE LEON
                        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Upon the affidavits of ___Explanation___, sworn to the __30__ day of __May__, __2024__, and upon the copy of the complaint hereto annexed, it is

ORDERED, that the above named defendant show cause before a motion term of this Court, at Room __Pro Se 2nd FL__, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on __June 6th, 2025__, at __Closing of business__ o'clock in the __Day__ noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining the defendant during the pendency of this action from __The defendant has willfully ignored an Affidavit of service date 4/17/24 and served on 4/10/24, which should have been answered by 5/11/24__; and it is further

ORDERED that, sufficient reason having been shown therefor, pending the hearing of plaintiff's application for a preliminary injunction, pursuant to Rule 65, Fed. R. Civ. P., the defendant is temporarily restrained and enjoined from __Sufficient documents are on record to show state Alabama only fans paid taxes to me and the name of the Accounts I wish to be paid on.__

<u>Please review the case to see that request affidavit of service is already record</u>; and it is further

ORDERED that security in the amount of $ _Ø_ be posted by the plaintiff prior to _____, _____, at _____ o'clock in the _____ noon of that day; and it is further

ORDERED that personal service of a copy of this order and annexed affidavit upon the defendant or his counsel on or before _4/10/_ was service [x] received by me on 8'clock in the ___ noon, _4/17/24_, _____, _____, shall be deemed good and sufficient service thereof.

DATED: New York, New York

ISSUED: _____ M

_____
United States District Judge

Asked for proper order to show cause DOC on two occasions and was told this is the only type. Please your honor find Affidavit of service DATE 4/17/24 on the Record and enforce Only Fans tag out making a mockery of the U.S. Justice system. If this case is dismissed a new case will be filed against the U.S Govt.