USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/30/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KENNETH H. WOODSON,

        Plaintiff,

-against-

ONLYFANS,

        Defendant.

1:24-cv-01588-MKV

**THIRD ORDER TO SHOW CAUSE**

MARY KAY VYSKOCIL, United States District Judge:

    Plaintiff initiated this action by filing a complaint on March 1, 2024. [ECF No. 1]. After denying Plaintiff's initial motion for default for failure to state a claim, Plaintiff was granted leave to file an Amended Complaint. [ECF No. 24]. Nearly three months later, on March 3, 2025, Plaintiff finally filed an Amended Complaint which added a new claim for relief and a new defendant, Andrea Yuliana De Leon. [ECF No. 26]. Plaintiff failed to timely serve the Amended Complaint on defendants. [ECF No. 29]. Accordingly, the Court ordered Plaintiff to, on or before June 2, 2025, either file on the docket a valid affidavit of service for each defendant or file a letter (1) showing cause why this case should not be dismissed for failure to prosecute and (2) showing good cause for failure to timely serve defendants. [ECF No. 29]. Plaintiff was warned that he is "ultimately responsible for prosecuting his case" and was warned that "failure to comply with this Order . . . may result in . . . dismissal of this case." [ECF No. 29]. Plaintiff did not obey the order. Accordingly, to afford Plaintiff, a *pro se* litigant, "special solicitude" the Court ordered Plaintiff to, on or before September 12, 2025, file on the docket proof of service of the Amended Complaint on OnlyFans and Andrea Yuliana De Leon. [ECF No. 33]. Plaintiff was warned that if he failed to do so "this case may be dismissed for failure to prosecute." [ECF No. 33].

On July 10, 2025, Plaintiff filed an affidavit of service purporting to show service of the Amended Complaint on OnlyFans. [ECF No. 34]. The affidavit stated that a summon s and the Amended Complaint were delivered to Rosa Osorio as an "Authorized Recipient" for "OnlyFans." [ECF No. 34]. According to the affidavit of service, OnlyFans was required to answer on July 22, 2025. [ECF No. 34]. Defendant OnlyFans did not do so. Plaintiff thereafter filed a letter on the docket advising the Court that OnlyFans had failed to timely answer the Amended Complaint and urging the Court to "proceed swiftly and sternly to bring this matter to a close." [ECF No. 35]. As the Court had advised Plaintiff several times, he is ultimately responsible for prosecuting his case. [ECF Nos. 4, 25, 29].

Accordingly, the Court ordered that, by September 3, 2025, Plaintiff shall file a letter showing cause why his case against OnlyFans should not also be dismissed for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. [ECF No. 36]. Plaintiff was again put on notice again that "he is ultimately responsible for prosecuting his case." and he was again warned that "failure to comply with this Order . . . may result in . . . dismissal of this case." [ECF No. 36]. Plaintiff did not comply with the Court's order. [ECF No. 36]. Instead, Plaintiff submitted three filings on the docket. First, Plaintiff filed a form titled "Proposed Order to Show Cause with Emergency Relief for Preliminary Injunction and Temporary Restraining Order." [ECF No. 37 ("Filing 1")]. However, the filing requested no temporary restraining order or preliminary injunction except to generally "have defendant show proper respect to [the] Justice System and pay immediately." Filing 1. Second, Plaintiff filed a letter that confirmed Andrea Yuliana De Leon was a "defendant" and asked the Court "to dismiss a new service request as defendant [De Leon] has shown she will ignore or duck any future attempts to serve her." [ECF No. 38]. Third, Plaintiff filed a letter that attached copies of Plaintiff's drivers license and social security card, including

his complete social security number as well as "payment deposit info [*sic*] for OnlyFans to make the payment to." [ECF No. 39].

Accordingly, on September 15, 2025, the Court denied Plaintiff's request to order the turnover of damages to Plaintiff. [ECF No. 40]. The Court further found that Plaintiff had failed to demonstrate good cause for his failure to serve Defendant Adriana Yuliana De Leon and, in turn, dismissed Plaintiff's suit against Andrea Yuliana De Leon pursuant to Federal Rule of Civil Procedure 4(m) without prejudice. [ECF No. 40]. The Court additionally ordered that, on or before October 23, 2025, Plaintiff shall remedy his improper exposure of his social security number at docket entry number 39. [ECF No. 40].

The Court also found that since its previous order, Plaintiff had done nothing to prosecute his case against OnlyFans and as such ordered Plaintiff to file a letter showing cause why his case against OnlyFans should not be dismissed for failure to prosecute on or before October 23, 2025. [ECF No. 40]. Plaintiff was again put on notice that he is ultimately responsible for prosecuting his case. [ECF No. 40]. In the same order, the Court advised Plaintiff that he may consult the Pro Se Intake Unit for assistance regarding the continued prosecution of this case.

Plaintiff again failed to comply with this Court's most recent order. On September 24, 2025, Plaintiff filed a letter requesting the Court to redact "document 39 on the docket." [ECF No. 41]. In the letter Plaintiff also stated that dismissal of Adrea Yuliana De Leon "clear[ed] the way for her to weasel out of any default judgment that may occur [sic] this may be further addressed in my order to show cause." [ECF No. 41]. Plaintiff has not otherwise responded to this Court's most recent order, and he has continued to do nothing to prosecute his case against OnlyFans.

Accordingly, IT IS HEREBY ORDERED that, **on or before November 30, 2025**, Plaintiff shall file a letter showing cause why his case against OnlyFans should not be dismissed for failure

3

to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Plaintiff is again on notice that he is ultimately responsible for prosecuting his case. **If Plaintiff continues to fail to prosecute this action, his case against OnlyFans will be dismissed for failure to prosecute.**

Plaintiff is again advised that he may consult the Pro Se Intake Unit (212) 805-0175 for assistance regarding the continued prosecution of this case.

**Plaintiff is reminded that failure to comply with court orders and the Federal Rules of Civil Procedure, the Local Rules, and this Court's Individual Rules of Practice in Civil Cases may result in sanctions, including: monetary sanctions on counsel and the parties; preclusion of claims, defenses, evidence, and motion practice; and the case-terminating sanctions of dismissal for failure to prosecute and default judgment**

The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff at the address of record.

**SO ORDERED.**

Date: **October 30, 2025**
**New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**